```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
KEVIN ROBERSON,                   *
                                  *
      Plaintiff,                  *
                                  *
vs.                               *   CIVIL ACTION NO. 12-00737-WS-B
                                  *
CAROLYN W. COLVIN, Commissioner   *
of Social Security,               *
                                  *
      Defendant.                  *
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made (Doc. 10), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

**DONE** this 29th day of April, 2013.

```
                         s/WILLIAM H. STEELE
                         CHIEF UNITED STATES DISTRICT JUDGE
```