```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **KEVIN ROBERSON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 12-00737-WS-B |
| | * |
| **CAROLYN W. COLVIN, Commissioner** | * |
| **of Social Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

**DONE** this 29th day of April, 2013.

                             s/WILLIAM H. STEELE
                             CHIEF UNITED STATES DISTRICT JUDGE